IN THE MATTER OF THE PETITION OF HERBERT S. AVERY FOR ADMISSION TO THE BAR OF THE STATE OF HAWAII.

No. 4223.

FEBRUARY 6, 1961.

TSUKIYAMA, C. J., CASSIDY, WIRTZ AND LEWIS, JJ., AND CIRCUIT JUDGE HEWITT ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* Petitioner's motion for rehearing in the above entitled cause is denied without argument.

Included in the motion is a purported request by the movant for an order permitting him to take the next bar examination to be held in October 1961. The court finds no warrant in considering the same, for the reason that the request is not only premature but extrinsic to the instant cause in which a rehearing is sought.